DEFENDANT:  Dashae Eugene ARMSTRONG

YEAR OF BIRTH:  1994    AGE:  23

ADDRESS:  1520 N Trenton St #201, Denver, CO 80220

OFFENSE:    COUNT 1:  FELON IN POSSESSION OF AMMUNITION, IN VIOLATION OF 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE
(County and State):  DENVER COUNTY, COLORADO

PENALTY:    COUNT 1:

AGENT/DEPUTY:  RYAN MCKONE, ATF SPECIAL AGENT

AUTHORIZED BY:  CELESTE RANGEL, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

  X   five days or less        _____ over five days        _____ other

THE GOVERNMENT

  X   Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

  _____ Will not seek detention.

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF case:  _____ Yes    **X**   No